

# Fourth Court of Appeals
## San Antonio, Texas

May 29, 2015

No. 04-15-00179-CV

**IN THE INTEREST OF S.R.,** et al, children,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02399
Honorable Martha B. Tanner, Judge Presiding

# O R D E R

Appellant's first motion for extension of time to file her brief is GRANTED. Appellant's brief is due on June 3, 2015.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court